United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY KATZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-1347 |
| | § | |
| INTEL PHARMA, LLC, NTEL PHARMA LLC, NTEL NUTRA, INC., TRUE VALOR VENTURES, LLC, and LANDON SUGGS, | § § § § | |
| | § | |
| Defendants. | § | |

**ORDER**

**TO ALL COUNSEL OF RECORD:**

Dear Counsel:

The Houston Division of the Southern District of Texas has continued all criminal and civil jury trials until at least September 8, 2020, due to the public safety concerns presented by COVID-19. Given the current state of the pandemic in the Houston metropolitan area, it is uncertain if jury trials will resume on September 8. Even if we are able to resume jury trials in the near future, the criminal jury trials will take precedence over civil jury trials.

The court knows how important it is to you and your clients to secure a just and speedy resolution of your case. The court offers you the following options, starting in August 2020:

1. a preferentially set Zoom or similar virtual bench trial;

2. an in-person bench trial; or

3. a hybrid Zoom and in-person bench trial.

Please let the court know at your earliest convenience if you would like to select any of these options, and, if so, which one. The court will be flexible on scheduling.

SIGNED on July 27, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge