United States District Court
Southern District of Texas
**ENTERED**
August 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY KATZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-1347 |
| | § | |
| INTEL PHARMA, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendants must respond to Katz's Motion to Reopen Discovery, (Docket Entry No. 94), **by August 19, 2020**. A motion hearing is set for **August 21, 2020, at 10:30 a.m**., by Zoom. The joint pretrial order and motion in limine deadline, and the Docket Call setting, are suspended pending resolution of Katz's motion.

SIGNED on August 12, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge